NO. 7376.                    STATE OF LOUISIANA

MRS. NANCY G. WEST

VS            **7376**    COURT OF APPEAL

JOSEPH H. COOK.              PARISH OF ORLEANS.
-----------------------------------------------------------------

**7376**

# OPINION.

St. Paul Judge.

This is an action for damages for an alleged assault and battery, and also for detaining under a lessor's claim certain property not liable to seizure for rent.

The alleged assault and battery are not only not proved, but on the contrary, the plaintiff was the aggressor, and the only aggressor, defendant simply disarming her when she sought to strike him.

Two judges heard the witnesses, the judge a qua and a judge of the criminal court, and both reached the conclusion above stated, in which we concur.

But the evidence does show that defendant refused to surrender some of plaintiff's property, not liable to seizure for rent, including a bed and bedding. This is shown by the testimony of two members of the bar, who made demand for it; and is admitted by defendant.

Defendant did not refuse to surrender plaintiff's personal clothing, but he did refuse to surrender her other effects, including her bed and bedding; and plaintiff was obliged to resort to a writ of sequestration in order to obtain them.

Plaintiff is therefore entitled to some damages, but these are merely nominal and we fix them at what would be a reasonable attorney's fee for suing out the writ, putting same at the sum of ~~twenty~~ Thirty dollars.

We allow nothing for alleged injury to feelings,etc, for it is quite clear from this record that plaintiff herself by her own improper conduct, brought about a situation which, if it did not justify defendant in detaining her bed and bedding when demamded by her attorneys, yet made his act in so doing somewhat excusable under the circumstances.

The judgment appealed from is therefore reversed, and it is now ordered that plaintiff Mrs. Nancy G. West have judgment against defendant Joseph a. Cook, for the full sum of ~~twenty~~ Thirty dollars with legal interest from judicial demand until paid and costs of both courts.